SIERRA *v*. THE RERISTRAR OF PROPERTY.

APPEAL from a decision of the Registrar of Property of Caguas.

No. 6.—Decided June 27, 1908.

PROCEEDINGS TO OBTAIN POSSESSORY TITLE—HEARING OF FISCAL—WITNESSES, RESIDENTS AND PROPERTY OWNERS IN THE MUNICIPALITY WITHIN WHICH THE PROPERTY IS SITUATED.—Essential requirements in proceedings to obtain possessory title are that the *fiscal* be given an apportunity to be heard and that it be shown by documentary evidence that the witnesses are residents and property owners in the municipality within which the property is situated.

The facts are stated in the opinion.

*Mr. Arce* for appellant.

This appeal taken by Rafael Arce in the name of Salvadora Sierra Hernández, from a decision of the Reigstrar of Property of Caguas, refusing to record the record of proceedings to obtain possessory title, has been duly considered.

In view of the fact that in the proceedings aforesaid the *fiscal* not having been heard, and the witnesses not having shown by documentary evidence that they were residents and property owners of the municipality of Barranquitas, where the property is situated, and these matters being essential in proceedings of this character, the decision of the Registrar of Property of Caguas is hereby affirmed, and it is ordered that the record thereof be returned together with a certified copy of this decision for the information of the parties in interest and other proper purposes.

*Affirmed.*

Chief Justice Quiñones and Justices Hernández, Figueras, MacLeary and Wolf concurred.